# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Western Division

Carlos Garcia–Beltran

                              Plaintiff,

v.                                                      Case No.: 3:19–cv–50060
                                                        Honorable Lisa A. Jensen

Tommy's Redhots, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 13, 2020:

    MINUTE entry before the Honorable Lisa A. Jensen: The parties' joint motion to amend order of dismissal [45] is granted. The dismissal order [44] is amended as follows: Pursuant to the parties' stipulation of dismissal [40] and motion to amend [45], this action is dismissed initially without prejudice, with the Court retaining jurisdiction for the limited purpose of enforcing the terms of the settlement agreement, if necessary. Absent a motion brought on or before 8/31/2020 to enforce the settlement agreement or for an extension of time, the dismissal without prejudice shall automatically convert to a dismissal with prejudice. The motion hearing set for 7/15/2020 is stricken. Civil case remains closed. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.